```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
CHAMPION FOODS INC.,               :
                                   :
                Plaintiff,         :    20 Civ. 2991 (VM)
                                   :
    - against -                    :    ORDER
                                   :
EATON & VAN WINKLE, LLP, et al.,   :
                                   :
                Defendants.        :
-----------------------------------X
```

**VICTOR MARRERO**, **United States District Judge**.

It is hereby ordered that the initial conference in the above-captioned action, currently scheduled to be held on Friday, August 14, 2020 at 10:15 a.m., shall be held telephonically. The teleconference shall take place using the dial-in number 1-888-363-4749 and access code 8392198.

**SO ORDERED.**

Dated:   New York, New York
         11 August 2020

_____
Victor Marrero
U.S.D.J.